1  JAMES A. MARISSEN (SBN: 257699)
   jmarissen@grsm.com
2  RACHEL A. WEITZMAN (SBN: 307076)
   rweitzman@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   5 Park Plaza, Suite 1100
4  Irvine, CA 92614
   Telephone: (949) 255-6996
5  Facsimile: (949) 474-2060

6  Attorneys for Plaintiff
   APL CO. PTE LTD
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  APL CO. PTE LTD                      CASE NO. 2:20-cv-06397-GW-
                                         PLA
12                        Plaintiff,
                                         **JOINT STATUS REPORT**
13       vs.                             **REGARDING**
                                         **JURISDICTIONAL**
14  WYNSTREAM INC.; WYNSTREAM            **DISCOVERY**
    PACIFIC INC.; JUSTIN CHIU; QUAN
15  XIONG GUAN aka BARRY GUAN;
    and ANDPLASTIC TRADE CO. LTD.
16
                          Defendants.
17

18       WHEREAS, on September 19, 2020, Defendants JUSTIN CHIU and QUAN

19  XIONG GUAN aka BARRY GUAN ("Defendants") filed a Motion to Dismiss

20  Plaintiff APL CO. PTE LTD's ("Plaintiff") First Amended Complaint (the

21  "Motion");

22       WHEREAS, the Motion was heard on November 5, 2020 before Judge

23  George H. Wu;

24       WHEREAS, in the Court's Order dated November 5, 2020 [Docket No. 36],

25  the Court granted the Defendants' Motion, granted the Plaintiff's request to

26  conduct limited jurisdictional discovery on its alter ego liability theory, and

27  ordered the Parties to file a joint status report regarding this jurisdictional

28  discovery by January 11, 2021;

**Gordon Rees Scully Mansukhani, LLP**
**5 Park Plaza, Suite 1100**
**Irvine, CA 92614**

-1-

JOINT STATUS REPORT REGARDING JURISDICTIONAL DISCOVERY

**Gordon Rees Scully Mansukhani, LLP**
**5 Park Plaza, Suite 1100**
**Irvine, CA 92614**

1    NOW, THEREFORE, THE PARTIES RESPECTFULLY REPORT AS

2  FOLLOWS:

3    1. Plaintiff has issued written discovery requests to Defendants as to its alter

4  ego liability theory and Defendants have responded;

5    2. Plaintiff and Defendants are currently meeting and conferring regarding

6  some issues with Defendants' responses to Plaintiff's written discovery requests. It

7  is anticipated that these issues will be resolved by January 22, 2021;

8    3. Plaintiff has noticed the depositions of Defendants for February 3 and 10,

9  2021, respectively; and

10    4. The Parties respectfully request that the status conference regarding

11  jurisdictional discovery currently set for January 14, 2021 at 8:30 a.m. be

12  continued to February 18, 2021 at 8:30 a.m. or such other time as the Court may

13  determine.

14

15    James A. Marissen, attests that pursuant to L.R. 5-4.3.4(a)(2)(i), all other

16  signatories listed, and on whose behalf the filing is submitted, concur in the filing's

17  content and have authorized the filing

18

19

20

21  Dated:  January 11, 2021

22

23

24

25

26

27

28

GORDON REES SCULLY
MANSUKHANI, LLP

By:   /s/ *James A. Marissen*
      JAMES A. MARISSEN
      RACHEL A. WEITZMAN
      *Attorneys for Plaintiff*
      *APL CO. PTE LTD*

-2-

1

2

3   Dated: January 11, 2021                    SCHLICHTER & SHONACK, LLP

4                                              By:    /s/ *Jamie L. Keeton*

5                                                     JAMIE L. KEETON
                                                      RYAN S. COWAN
6                                                     *Attorneys for Defendants*
                                                      *JUSTIN CHIU and QUAN XIONG*
7                                                     *GUAN aka BARRY GUAN*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**5 Park Plaza, Suite 1100**
**Irvine, CA 92614**

-3-
JOINT STATUS REPORT REGARDING JURISDICTIONAL DISCOVERY