UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE LTD<br><br>Plaintiff,<br><br>vs.<br><br>WYNSTREAM INC.; WYNSTREAM PACIFIC INC.; JUSTIN CHIU; QUAN XIONG GUAN aka BARRY GUAN; and ANDPLASTIC TRADE CO. LTD.<br><br>Defendants. | CASE NO. 2:20-cv-06397-GW-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated: March 5, 2021

*Paul L. Abrams*

Hon. Paul L. Abrams
United States Magistrate Judge

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614