UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. PTE LTD<br><br>Plaintiff,<br><br>vs.<br><br>WYNSTREAM INC.; and<br>ANDPLASTIC TRADE CO. LTD.<br><br>Defendants. | No. CV 20-6397-GW-PLAx<br><br>**DEFAULT JUDGMENT ORDER UNDER FED. R. CIV. P. 55(b)(2) AGAINST ANDPLASTIC CO. TRADE LTD.**<br><br>Date: April 25, 2022<br>Time: 8:30 a.m.<br>Courtroom.: 9D<br><br>Judge: Hon. George H. Wu |

Plaintiff APL CO. PTE LTD's ("Plaintiff") Application for Default Judgment against Defendant ANDPLASTIC TRADE CO., LTD. ("ANDPLASTIC") under Rule 55(b)(2) of the Federal Rules of Civil Procedure came on for regularly noticed hearing in Courtroom 9D of the above entitled court located at U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012.

After full consideration of the papers, as well as the authorities submitted by parties, argument at the hearing, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. A default was entered against ANDPLASTIC on January 10, 2022. (Dkt. 65.)

2. ANDPLASTIC is not a minor, an incompetent person, or a current member of the military service.

3. ANDPLASTIC did not appear in this action.

4. Plaintiff has established that ANDPLASTIC is liable to Plaintiff for damages totaling US$4,208,730.95 as of January 31, 2022.

5. This judgment shall bear interest at the judgment rate from the date of entry until paid.

6. All relief not expressly granted is denied.

Dated: May 12, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE